## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN, J.** DATE: 1/31/06   TIME 10 AM

DOCKET NUMBER: CR-06-22   TITLE U.S.A. -v- PIETRO POLOUZZI

DEFT. NAME: PIETRO POLOUZZI   DEFT. # 1
   X Present ___ Not Present ___ In custody  X  On Bail

   ATTY. FOR DEFT: JAN ROSTAL
      XX Present ___ Not Present

DEFT. NAME: _____   DEFT. # ___
   ___ Present ___ Not Present ___ In custody ___ On Bail

   ATTY. FOR DEFT: _____
      ___ Present ___ Not Present

DEFT. NAME _____   DEFT. # ___
   ___ Present ___ Not Present ___ In custody ___ On Bail

   ATTY. FOR DEFT: _____
      ___ Present ___ Not Present

DEFT. NAME _____   DEFT. # ___
   ___ Present ___ Not Present ___ In custody ___ On Bail

   ATTY. FOR DEFT: _____
      ___ Present ___ Not Present

DEFT. NAME _____   DEFT. # ___
   ___ Present ___ Not Present ___ In custody ___ On Bail

   ATTY. FOR DEFT: _____
      ___ Present ___ Not Present

ASST. U.S. ATTORNEY ALAN BODE   DEPUTY CLERK: JUNE LOWE

COURT REPORTER DIANA PEREIRA   ESR REPORTER _____

INTERPRETER _____   OTHER _____

   Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

___X___ Case called.

___X___ PTC Held. ___ PTC ADJOURNED TO _____ at _____

_____ Pretrial Order signed.

```
_____ MOTION CONFERENCE held on_____

           motion to/for_____

           Arguments heard

                      _____ Motion granted.              (MOTGR___)

                      _____ Motion denied.               (MOTDN___)

                      _____ Decision RESERVED.

                      _____ Decision ENTERED ON THE RECORD.

                      _____ Hearing adjourned to _____
```

_____

_____

_____

_____

| X | SPEEDY TRIAL INFORMATION for defts _PIETRO POLOUZZI_ |

Code Type: X-_____     Start Date: _1/31/06_

                            Stop Date:  _3/3/06_

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

**OTHER:** _DEFT. MUST RETAIN COUNSEL. FURTHER CONFERENCE SET FOR 3/3/06 @ 11:30 AM_