## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__   DATE: __4/15/10__   TIME __11:00__

DOCKET NUMBER: __CR 06-22__   TITLE __U.S.A. -v- Polouizzi__

DEFT. NAME: __Pietro Polouizzi__   DEFT. # __1__
___Present  ___Not Present _X_ In custody ___On Bail

ATTY. FOR DEFT: __Mitchell Dinnerstein__
___Present _/_ Not Present

DEFT. NAME: _____ DEFT. # _____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT. # _____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT. # _____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT. # _____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

ASST. U.S. ATTORNEY __Allen Bode__   DEPUTY CLERK: JUNE LOWE

COURT REPORTER __Roan Hieng__   ESR REPORTER _____

INTERPRETER _____ OTHER _____

Docket Clerks: Enter all information under CALCALIAH, then enter other vital events names as needed.

_/_ Case called.

____ PTC Held.  ____ PTC ADJOURNED TO _____ at _____

____ Pretrial Order signed.

| | | |
|---|---|---|
| ✓ | MOTION CONFERENCE held on _deft.'s_ motion ~~to~~/for _bail modification_ | |
| | Arguments heard | |
| | _____ Motion granted. | (MOTGR___) |
| | ✓ Motion denied. | (MOTDN___) |
| | _____ Decision RESERVED. | |
| | _____ Decision ENTERED ON THE RECORD. | |
| | _____ Hearing adjourned to _____ | |

_Motion to travel is denied_

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date:_____

                        Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: _____