PROB 12B
(10/14)SWPA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 07 2015 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NEW YORK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Pietro Polouizzi                        Case Number: 0207 1:06CR00022

Name of Sentencing Judicial Officer: The Honorable Jack B. Weinstein, Senior U.S. District Judge

Date of Original Sentence: 1/13/2011

Original Offense: 4 counts of Receipt of Child Pornography, violations of 18 USC2252(a)(2) and (b)(1); and Possession of Child Pornography, a violation of 18 USC 2252(a)(4)(B) and (b)(2).

Original Sentence: 5 years custody, 5 years supervised release, a $500 special assessment fee, and a $50,000 fine. The following special conditions were also imposed: 1) participate in a psychiatric treatment program as directed by the Probation Department; 2) search condition; 3) polygraph testing, psychological examinations and treatment as directed by the Probation Department; and 4) the defendant is to register as a sex offender.

Type of Supervision: TSR                        Date Supervision Commenced: 9/8/2014

---

### PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☑ To modify the conditions of supervision as follows:

*The offender will pay $100 per month toward his fine payment.*

*Prob 12B - Request for Modifying the Conditions or Term of Supervision with Consent of the Offender*  Page 2
Pietro Polouizzi                PACTS:49507           Case Number: 0207 1:06CR00022

## CAUSE

As referenced above, the offender commenced his term of supervised release on September 8, 2014. To date, the offender has satisfied his $500 special assessment fee, and has paid $14,050 toward his fine obligation. Since starting supervision, the offender has made consistent, monthly payments of $100 toward his fine, and the Probation Department believes that this is a reasonable payment plan that the offender will be able to sustain over his term of supervised release. As such, we respectfully request that Your Honor modify his conditions of release to include said payment schedule. On March 19, 2015, the offender was presented with and signed the attached Probation Form 49, waiving his right to a hearing and accepting the proposed modification.

Respectfully submitted,

Erin Weinrauch
U.S. Probation Officer
Date: March 19, 2015

Approved by,

Lawrence M. Andres, Jr.
Supervising U.S. Probation Officer
Date: 3/19/2015

---

**THE COURT ORDERS:**
☐ No Action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

Signature of Judicial Officer
5/5/15
Date

PROB 49
(8/13)SWPA

# United States District Court

EASTERN DISTRICT OF NEW YORK

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The offender will pay $100 per month toward his fine payment.*

Witness _____  Signed _____
Erin Weinrauch                                            Pietro Polouizzi
(U.S. Probation Officer)                         (Probationer or Supervised Releasee)

March 19, 2015
(Date)