UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA

        v                                        <u>ORDER</u>
                                                 CR06-22

PIETRO POLIZZI
--------------------------------------------------X
**Jack B. Weinstein, Senior United States District Judge**


       Defendant's request to stay the polygraph examination scheduled for June 4, 2015, will

be heard on June 4, 2015, at 10:00 a.m.  The defendant along with counsel, and the probation

officer shall be present in person at the hearing.


                                           SO ORDERED

                                           JACK B. WEINSTEIN
                                           SR. UNITED STATES DISTRICT JUDGE


Dated: 6/3/15

