# Mitchell Dinnerstein
Attorney at Law

20 Vesey Street - Suite 400
New York, New York 10007
212.925.0793 (office)
212.964.2926 (fax)
917.763.2897 (cell)
md@dinnersteinlaw.com

**VIA ECF**

June 17, 2015

Hon. Judge Jack Weinstein
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: <u>**USA V. PIETRO POLIZZI**</u>
            <u>**06-cr-0022**</u>

Dear Judge Weinstein:

      I write to the Court to seek clarification of the hearing that was held before Your Honor on June 15, 2015 regarding my motion to modify certain supervised release conditions. It was my understanding that the Court indicated that Mr. Polizzi must continue with individual therapy sessions, but that group sessions can be discontinued until the Government the Court with the makeup of the individuals in the group. PO Weinrauch believes that Mr. Polizzi must continue to attend group sessions. Attached as Exhibit A is her email response to me regarding this issue.

      Another issue which was discussed at the hearing is how Mr. Polizzi can go about obtaining his driver's license which expired while he was incarcerated. Apparently, Mr. Polizzi can obtain his license if he recovers from PO Weinrauch his passport which is in her possession. PO Weinrauch indicates in the email that she will not give Mr. Polizzi his passport without a Court Order. I am asking Your Honor to order PO Weinrauch to provide Mr. Polizzi with his passport for the purpose of renewing his driver's license.

      Thank you for your consideration of this matter.

                                                 Very truly yours,
                                                 Mitchell Dinnerstein
                                                 Attorney for Pietro Polizzi

cc.: Allen Bode, Esq.

      PO Erin Weinrauch

# EXHIBIT A

The Law Office of Mitchell Dinnerstein, Esq Mail - Polizzi

To: Mitch Dinnerstein <md@dinnersteinlaw.com>
Cc: "Bode, Allen (USANYE)" <Allen.Bode@usdoj.gov>

I will work on assisting Pietro to obtain his license; howver, Pretrial will no release his expired passport without a court order.

Also, Judge Weinstein ordered the offender to continue individual and group treatment. He only stayed the polygraphs. As such, there will be no change to his tx schedule.

Erin Weinrauch
U.S. Probation Officer
Eastern District of New York
Telephone: 718-804-2768

-----Mitch Dinnerstein <md@dinnersteinlaw.com> wrote: -----

To: "Bode, Allen (USANYE)" <Allen.Bode@usdoj.gov>
From: Mitch Dinnerstein <md@dinnersteinlaw.com>
Date: 06/16/2015 04:18PM
Cc: "Erin_Weinrauch@nyep.uscourts.gov" <Erin_Weinrauch@nyep.uscourts.gov>
Subject: Re: Polizzi

[Quoted text hidden]